UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11380-RGS

FILER, INC.

v.

STAPLES, INC. and DOES ONE THROUGH
TEN

ORDER ON
UNOPPOSED MOTION FOR DISMISSAL

March 14, 2011

STEARNS, D.J.

Upon consideration of Staples, Inc.'s Unopposed Motion For Dismissal, it is hereby ORDERED that Staples, Inc.'s motion is <u>ALLOWED</u>. It is hereby ORDERED that Staples, Inc.'s counterclaims against Filer, Inc. are hereby dismissed without prejudice. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE